Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FREDDIE JACKSON,<br><br>Defendant. | CASE NO. 1:16-cv-00519-LJO-JLT<br><br>ORDER (Proposed)<br>(Doc. 4) |

### ORDER (Proposed)

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:16-cv-00519-LJO-JLT styled *J & J Sports Productions, Inc. v. Jackson*, is hereby continued from 9:00 AM, Tuesday, July 19, 2016 to **September 2, 2016** at 9:00 a.m.

Plaintiff shall also serve a copy of this Order on the defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated: **June 27, 2016**          /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE

ORDER (Proposed)
CASE NO. 1:16-cv-00519-LJO-JLT
PAGE 1