THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:16-cv-00519-LJO-JLT |
| Plaintiff, | ORDER (~~Proposed~~) GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE |
| vs. | |
| | (Doc. 6) |
| FREDDIE JACKSON, | |
| Defendant. | |

## ORDER (~~Proposed~~)

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional 60 days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant

Freddie Jackson, where service has not been made or service by publication requested.

IT IS SO ORDERED.

Dated:   __June 28, 2016__          _____/s/ Jennifer L. Thurston__
                                    UNITED STATES MAGISTRATE JUDGE