**THOMAS P. RILEY, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J SPORTS PRODUCTIONS, INC.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**FREDDIE JACKSON,**<br><br>Defendant. | Case No. 1:16-cv-00519-LJO-JLT<br><br>**ORDER (Proposed) GRANTING PLAINTIFF'S SECOND *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE**<br><br>(Doc. 11) |

## **ORDER (Proposed)**

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

Plaintiff is granted an additional ~~sixty~~ (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant Freddie Jackson, where service has not been made or service by publication requested.

In addition, the scheduling conference, set on October 21, 2016, is **CONTINUED** to November 16, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **August 25, 2016**           **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE