**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J SPORTS PRODUCTIONS, INC.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FREDDIE JACKSON, <br><br> Defendant. | Case No. 1:16-cv-00519-LJO-JLT <br><br> **ORDER (Proposed) GRANTING PLAINTIFF'S THIRD *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; ORDER CONTINUNING MANDATORY SCHEDULING CONFERENCE** <br><br> (Doc. 13) |

Based upon Plaintiff's diligent attempts to serve the defendant (Doc. 13), the Court **ORDERS**:

1. The Court **GRANTS** Plaintiff 45 days from today's date to effectuate service of the Summons and Complaint, to file a motion for service by publication, or to file a Notice of Voluntary Dismissal as to Defendant Freddie Jackson;

2. The scheduling conference is **CONTINUED** to **December 28, 2016** at 8:156 a.m.

IT IS SO ORDERED.

Dated: __October 11, 2016__         __/s/ Jennifer L. Thurston__
                                    UNITED STATES MAGISTRATE JUDGE