# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br> Plaintiff, <br> v. <br> FREDDIE JACKSON, <br> Defendant. | Case No.: 1:16-cv-00519 LJO JLT <br><br> ORDER DIRECTING THE CLERK TO CLOSE THIS CASE |

On December 15, 2016, the plaintiff filed a notice of voluntary dismissal. (Doc. 16) Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . ." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **December 19, 2016**   **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE